B.

## Murray *v.* Smith.

THE Cauſe had been removed by Habeas Corpus, and the Plaintiff filed a Declaration, and entered a Rule to plead: but the Defendant not having put in Bail, a *Procedendo* iſſued, and the Plaintiff prevailed in the Inferior Court. On a Reference to the Judges by both the Parties, they declared that the Plaintiff was not entitled to have the Coſts of the Declaration and Rule to plead in this Court, taxed againſt the Defendant, theſe Services being uſeleſs, until the Defendant has put in Bail. B.